IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| vs. | ) | Case No. 5-07-CV-00303 BRW |
| | ) | |
| MARGARET MCGHEE | ) | DEFENDANT |

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Margaret McGhee, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Plaintiff in the amount of Sixty Thousand Sixty-Three and 54/100 Dollars ($60,063.54).

2. The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where the plaintiff deems appropriate.

CONSENTED TO:

_____          11-19-07
MARGARET MCGHEE                    Date
DEFENDANT


JANE W. DUKE
ACTING UNITED STATES ATTORNEY

_____          11-28-07
DAN STRIPLING                      Date
ASSISTANT U.S. ATTORNEY

APPROVED:

_____    _12/6/07_____
UNITED STATES DISTRICT JUDGE              Date